IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00190-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER CORTEZ GUERRANT,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's unopposed motion to release draft PSR, extend time to file objections to draft PSR, and continue sentencing [DE 34]. For good cause shown, the motion is GRANTED. The clerk of court shall provide a copy of the draft presentence report to defense counsel, Geoffrey W. Hosford. The parties have until July 25, 2023 to file objections to the draft presentence report. Defendant's sentencing hearing is continued until the September 12, 2023 term of court.

SO ORDERED this 14th day of July, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE